[Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CHICKEN SOUP FOR THE SOUL, LLC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

---

CAMBRONNE, INC. et al.,

Plaintiff

v.

META PLATFORMS, INC.,

Defendant.

---

COGNELLA, INC.,

Plaintiff

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-02333 VC

Case No. 3:26-cv-03725 VC

Case No. 3:26-cv-04053 VC

**CASE MANAGEMENT STATEMENT**

Pursuant to Civ. L.R. 16-9(a), Plaintiffs Cognella, Inc. ("Cognella"), Chicken Soup for the Soul, LLC ("Chicken Soup"), Cambronne Inc., Lisa Barretta, Jane Adams and Matthew Sacks ("*Cambronne* Plaintiffs"), by and through their respective counsel, hereby confirm their intent to join and joinder in the September 8, 2026 Case Management Statement submitted by Defendant Meta Platforms, Inc. ("Meta").

Dated: September 9, 2026

Respectfully submitted,

By: */s/ Elizabeth Brannen*

Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

*Counsel for Plaintiffs Chicken Soup for the Soul, LLC, and Cognella, Inc., and the Cambronne Plaintiffs*