Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Kyle W. Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman
(*pro hac vice forthcoming*)
kroche@fnf.law
vel@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CHICKEN SOUP FOR THE SOUL, LLC,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-02333-VC

**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Trial Date: May 24, 2027
Date Action Filed: March 17, 2026

COGNELLA, INC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-04053-VC

Trial Date: May 24, 2027
Date Action Filed: May 4, 2026

| | |
|---|---|
| CAMBRONNE, INC. ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-03725-VC<br><br>Trial Date: May 24, 2027<br>Date Action Filed: December 22, 2025 |

**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Having considered Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Motion is GRANTED.

1. Non-Parties OpenAI OpCo LLC ("OpenAI") and Anthropic PBC ("Anthropic") shall produce responsive, nonprivileged documents in response to Requests 1–2 of the document subpoenas served by Plaintiffs.

2. OpenAI and Anthropic shall designate one or more witnesses under Fed. R. Civ. P. 30(b)(6) to testify on Topics 1–2 of the deposition subpoenas served by Plaintiffs.

Dated: ____________________

____________________________________
THE HONORABLE VINCE CHHABRIA
United States District Judge